UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. DUMIRE,<br><br>        Petitioner,<br><br>   v.<br><br>MATHEW CATE,<br><br>        Respondent. | CASE No. EDCV 10-50 DSF (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 6/25/12

*Dale S. Fischer*

DALE S. FISCHER
United States District Judge